No. 477. LEWIS ET AL. *v.* ALLEN, COMMISSIONER OF EDUCATION OF NEW YORK. Court of Appeals of New York. Certiorari denied. *Martin J. Scheiman* for petitioners. *Charles A. Brind* for respondent. *Thomas B. Finan,* Attorney General of Maryland, and *David T. Mason,* Assistant Attorney General, filed a brief for the Attorney General of Maryland, as *amicus curiae,* in opposition to the petition, joined by the Attorneys General of their respective States as follows: *Richmond M. Flowers* of Alabama, *Robert W. Pickrell* of Arizona, *Bruce Bennett* of Arkansas, *Duke W. Dunbar* of Colorado, *David P. Buckson* of Delaware, *James W. Kynes, Jr.,* of Florida, *Eugene Cook* of Georgia, *Bert T. Kobayashi* of Hawaii, *Allan G. Shepard* of Idaho, *William M. Ferguson* of Kansas, *Robert Matthews* of Kentucky, *Jack P. F. Gremillion* of Louisiana, *Frank E. Hancock* of Maine, *Joe T. Patterson* of Mississippi, *Forrest H. Anderson* of Montana, *William Maynard* of New Hampshire, *T. Wade Bruton* of North Carolina, *Helgi Johanneson* of North Dakota, *Walter E. Alessandroni* of Pennsylvania, *J. Joseph Nugent* of Rhode Island, *Daniel R. McLeod* of South Carolina, *Frank L. Farrar* of South Dakota, *George F. McCanless* of Tennessee, *Waggoner Carr* of Texas, *A. Pratt Kesler* of Utah, *Charles E. Gibson, Jr.,* of Vermont, *Robert Y. Button* of Virginia, *C. Donald Robertson* of West Virginia, and *John F. Raper* of Wyoming.

No. 165, Misc. LIPSCOMB *v.* JOHNSON, PRESIDENT, ET AL. C. A. D. C. Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Marshall* and *Harold H. Greene* for respondents.

No. 190, Misc. JONES *v.* TEASLEY ET AL. C. A. 5th Cir. Certiorari denied. *Leonard B. Boudin* and *Benjamin E. Smith* for petitioner. *Charles D. Egan* for respondents.